FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

04 MAR 31 PM 1: 11

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| JERRY WAYNE KITCHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 03-CO-1840-W |
| | ) | |
| NAPHCARE of ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED

MAR 3 1 2004

## MEMORANDUM OF OPINION

On March 3, 2004, the magistrate judge filed a report and recommendation in this action filed pursuant to 42 U.S.C. § 1983, recommending all constitutional claims against all defendants be DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). The magistrate judge further recommended plaintiff's request for an order obligating defendants to perform a third surgery and post-operative medical care to plaintiff be DENIED. Finally, the magistrate judge recommended this court decline to exercise supplemental jurisdiction over plaintiff's state law medical malpractice claims, and said claims be DISMISSED WITHOUT PREJUDICE. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, all constitutional claims against all defendants are due to be DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). Further, plaintiff's request for an order obligating defendants to perform a third surgery and post-operative medical care to plaintiff is due to be DENIED. Finally, this court declines to exercise supplemental



jurisdiction over plaintiff's state law medical malpractice claims, and said claims are due to be DISMISSED WITHOUT PREJUDICE. Plaintiff will be ADVISED of 28 U.S.C. § 1367(d), which explains how the statute of limitations is tolled on state law claims when a federal court declines supplemental jurisdiction of same.

An appropriate order will be entered.

DATED this 30th day of March, 2004.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE